| | | | |
|---|---|---|---|
| Com. v. Chambers | 250 MDA 2016 Affirmed | 10/13/2016 | CP–22–CR–0005515– 2006 (Dauphin) |
| Com. v. Caruano | 303 MDA 2016 Affirmed | 10/13/2016 | CP–06–CR–0002632– 2015 (Berks) |
| Com. v. Scott | 441 MDA 2016 Affirmed | 10/13/2016 | CP–29–CR–0000175– 2011 (Fulton) |
| Com. v. Harnish | 477 MDA 2016 Affirmed | 10/13/2016 | CP–06–CR–0000363– 2015 (Berks) |
| Com. v. Roe | 138 WDA 2015 Affirmed | 10/13/2016 | CP–30–CR–0000343– 2012 CP–30–CR–0000344– 2012 (Greene) |
| Com. v. Fair | 1411 WDA 2015 Affirmed | 10/13/2016 | CP–65–CR–0000587– 2013 (Westmoreland) |
| Estate of Lay v. McDonald | 1969 WDA 2015 Affirmed | 10/13/2016 | No. 12889–2012 (Erie) |
| Perry v. Erie County | 276 WDA 2016 Transfer to Commonwealth Court | 10/13/2016 | 10109–14 (Erie) |
| Com. v. Wagner | 728 WDA 2016 Affirmed | 10/13/2016 | CP–20–CR–0000524– 2008 (Crawford) |
| Com. v. Minor | 2555 EDA 2015 Affirmed | 10/14/2016 | CP–23–CR–0002675– 2008 (Delaware) |
| Com. v. Pettiford | 2854 EDA 2015 Affirmed | 10/14/2016 | CP–51–CR–0603811– 1991 (Philadelphia) |
| USA Federal v. Garges [16] | 3422 EDA 2015 Affirmed | 10/14/2016 | 2005–02231 (Montgomery) |
| Com. v. Johnson | 3762 EDA 2015 Affirmed | 10/14/2016 | CP–51–CR–0007442– 2010 (Philadelphia) |
| Com. v. Hopper | 461 EDA 2016 Affirmed· Application to Withdraw as Counsel Granted | 10/14/2016 | CP–51–CR–1302284– 2006 (Philadelphia) |
| Com. v. Miller | 657 EDA 2016 Affirmed | 10/14/2016 | CP–51–CR–0012957– 2013 (Philadelphia) |
| Lipesky v. Mahan | 706 EDA 2016 Affirmed | 10/14/2016 | No. 2014–03210 (Northampton) |

16. Petition for reargument denied December 14, 2016.